FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONICA SCHULMANN,<br>Plaintiff,<br>v.<br>ROBERT J. CONRAD, ERIC KOMITEE, MARGO K. BRODIE, LAURA T. SWAIN, PAMELA K. CHEN, TAMMI M. HELLWIG, BRENDA K. SANNES, JOHN M. DOMURAD, BRENNA B. MAHONEY, and EDWARD A. FRIEDLAND,<br>Defendants. | No. 2:26-CV-00282-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On August 13, 2026, the Court dismissed Plaintiff's complaint with leave to file an amended complaint by September 13, 2026. ECF No. 3. That deadline has passed, and no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 18th day of September 2026.

Stan Bastian
Chief United States District Judge